THOMAS P. O'BRIEN　　　　　　　　　　　　　　　　　　**MD JS-6**
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CAROLINE M. BURGUNDER
Assistant United States Attorney
California Bar Number:   217330
　　Room 7516 Federal Building
　　300 North Los Angeles Street
　　Los Angeles, California 90012
　　Telephone: (213) 894-8805
　　Facsimile: (213) 894-7819
　　Email: Caroline.M.Burgunder@usdoj.gov

Attorneys for Federal Defendants Jane Arrellano,
the United States Citizenship and Immigration
Services, Emilio T. Gonzales, Michael Chertoff,
and Michael B. Mukasey

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Juan Luis ALVAREZ Santos, | No. CV07-05765 GW (SHx) |
| Plaintiff, | **ORDER RE STIPULATION OF DISMISSAL** |
| v. | |
| Jane ARELLANO, District Director, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security, Los Angeles, California; Emilio T. GONZALES, Director, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security; and Michael CHERTOFF, Secretary, U.S. Department of Homeland Security, Michael B. MUKASEY[1], Acting Attorney General, U.S. Department of Justice. | Honorable George H. Wu |
| Defendants. | |

---

[1] Michael B. Mukasey, Attorney General of the United States, is automatically substituted for former Acting Attorney General Peter D. Keisler pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.

## **ORDER**

IT IS HEREBY ORDERED that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the parties' stipulation, the above action is dismissed as moot, with each party to bear its own costs and fees, including attorney fees.

February 21, 2008

_____
THE HONORABLE GEORGE H. WU
United States District Court Judge